

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

**NO. 2-10-262-CR**

ROBERT RAYMOND GERARD                                                    APPELLANT

V.

THE STATE OF TEXAS                                                              STATE

------------

FROM COUNTY CRIMINAL COURT NO. 1 OF TARRANT COUNTY

------------

# MEMORANDUM OPINION[1]

------------

Appellant Robert Raymond Gerard timely filed a motion for new trial and a notice of appeal from the trial court's May 3, 2010 "Probation Order." The trial court subsequently timely granted Gerard's motion for new trial. *See* Tex. R. App. P. 21.8(a). The granting of a motion for new trial restores the case to its position before the former trial. Tex. R. App. P. 21.9(b). Therefore, the appeal has become moot, and on our own motion, we dismiss the appeal as moot. Tex. R. App. P. 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

Gerard shall pay all costs of this appeal, for which let execution issue.

PER CURIAM

PANEL:  WALKER, MCCOY, and MEIER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  August 12, 2010